UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICKIE POWERS                                                                                    PLAINTIFF

V.                              NO. 3:18-CV-11-BD

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 29th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE